**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Brent Michael GREEN, a/k/a Big Bruce, Defendant–Appellant.**

**No. 11–7735.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 14, 2012.

Decided: May 24, 2012.

Charles R. Brewer, Asheville, North Carolina, for Appellant. Anne M. Tompkins, United States Attorney, Amy E. Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent Michael Green appeals the district court's order denying relief on his motion seeking a reduction in sentence, 18 U.S.C. § 3582(c) (2006), based on Amendment 750 to the U.S. *Sentencing Guidelines Manual.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Green,* No. 3:03–cr–00016–FDW–4 (W.D.N.C. Dec. 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*